RECEIVED
IN LAKE CHARLES, LA.
FEB -5 2013
TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LOUIS ARCHIE ANDERSON | DOCKET NO. 2:10-cv-1462 |
| VS. | JUDGE PATRICIA MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KAY |

## ORDER

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 11] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the decision of the ALJ be **VACATED** and the case **REMANDED** for further consideration in accordance with the Magistrate Judge's opinion.

Lake Charles, Louisiana, on this __5__ day of __February__, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE